UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

OAKLEY, INC.,

    Plaintiff,

v.                                        CASE NO: 8:06-cv-656-T-23TGW

NEW WAVE TECHNOLOGIES
CORPORATION d/b/a Wales Food Mart and
SWAAMIAPPAN SUBRAMANIAN,

    Defendants.
_____/

## **ORDER**

The plaintiff's notice (Doc. 4) of voluntary dismissal without prejudice is **APPROVED**. Accordingly, pursuant to Rule 41(a), Federal Rules of Civil Procedure, the action is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to (1) terminate any pending motion and (2) close the case.

ORDERED in Tampa, Florida, on June 27, 2006.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:    US Magistrate Judge
        Courtroom Deputy